UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

NEMESIO FLORES SANCHEZ,

       *Petitioner,*

  v.

LUIS SOTO, Warden, Delaney Hall Detention Facility; RUBEN A. PEREZ, Acting Director of Newark, NJ, ICE Field Office, U.S. Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the U.S. Department of Homeland Security; and PAM BONDI, Attorney General of the United States, in their official capacities,

       *Respondents.*

No. 2:25-cv-18031 (MEF)

**ORDER**

For reasons that have been explained in other cases, see, e.g., Mboup v. Field Off. Dir. of N.J. Immigr. & Customs Enf't, 2025 WL 3062791 (D.N.J. Nov. 3, 2025), the Court orders that the Petitioner be treated by the Respondents as detained under 8 U.S.C. § 1226(a).

The Respondents shall file a letter on or before December 11 at 5:00pm indicating whether the Petitioner has, by that time, been afforded a bond hearing in accordance with § 1226(a), and if not, why not.

IT IS on this 10th day of December, 2025, **SO ORDERED.**

                                             Michael E. Farbiarz, U.S.D.J.